81,947-01

Abel Acosta - Court Clerk                    Stephen Speckman
Court of Criminal Appeals                    #1860160
201 W 14th St. Rm. 106                       4000 Highway 86 W
P.O. Box 12308                               Tulia TX 79088
Austin TX 78711-2308

Dear Abel Acosta,                            1-7-2015

Hello, I submitted to the Court of Criminal Appeals of
Texas a writ of certiorari No. WR-81,947-01 which
was denied on 9-10-14 without written notice. The
Supreme Court of the U.S. has requested I send them
a document from your court indicating the date it
was denied. The deadline has 25 days left. Would
you please send me something showing the date it was
denied that they will accept. I sent you a previous letter
requesting the same and I realize you are very busy
this time of the year. Thank you for your help.

I have included a self addressed envelope if needed.
                    Thank you very much,

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 12 2015

Abel Acosta, Clerk

                    Respectfully,

                    Stephen Speckman